# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # **6**

---

*Fernandez*

-v-

*USA*

---

U.S.C.A. # _____

U.S.D.C. # **08 cv 1052**

JUDGE: **KMW**

DATE: **MAR. 4, 2008**

*[Stamp: U.S. DISTRICT COURT FILED MAR 0 4 2008 S.D. OF N.Y.]*

## INDEX TO THE RECORD ON APPEAL

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ----------

**DOCUMENT DESCRIPTION**                                **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(**X**) Original Record                    (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 4th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------          U.S.C.A. # _____

           Fernandez                              U.S.D.C. # 08-cv-1052
              -v-
                                                  JUDGE:    KMW
            USA
                                                  DATE:     MAR. 4, 2008
----------------------------------------
```

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document   Description

_____                     _____
_____                     _____
_____                     _____
_____                     _____
_____                     _____
_____                     _____
_____                     _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 4th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
      Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01052-KMW
### Internal Use Only

Fernandez v. United States of America
Assigned to: Judge Kimba M. Wood
Cause: 28:1361 Petition for Writ of Mandamus

Date Filed: 02/01/2008
Date Terminated: 02/01/2008
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Ramon Fernandez.(laq) (Entered: 02/14/2008) |
| 02/01/2008 | 2 | NOTICE of OF MOTION FOR IMMEDIATE DEPORTATION. Document filed by Ramon Fernandez. (laq) (Entered: 02/14/2008) |
| 02/01/2008 |  | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 02/14/2008) |
| 02/01/2008 | 3 | ORDER OF DISMISSAL, Plaintiff's request to proceed in forma pauperis is granted, and the Clerk of Court is directed to assign a civil docket number to this action. For the reasons set forth, however, this action is dismissed without prejudice.Plaintiff's action is dismissed. 28 U.S.C.1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/1/08) (laq) (Entered: 02/14/2008) |
| 02/01/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/1/08) (laq) (Entered: 02/14/2008) |
| 02/29/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Ramon Fernandez. (tp) (Entered: 03/04/2008) |
| 02/29/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Ramon Fernandez. $455.00 APPEAL FEE DUE. IFP REVOKED 2/1/08. (tp) (Entered: 03/04/2008) |
| 03/04/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 03/04/2008) |
| 03/04/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 03/04/2008) |